UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL ACTION NO. 6:03-72

UNITED STATES OF AMERICA,                                                   PLAINTIFF

v.                                   **<u>ORDER</u>**

WILLIAM C. PERRY,                                                  DEFENDANT

\* \* \* \* \* \* \* \* \* \* \*

This matter is before the Court on the Report and Recommendation (DE 45) filed by Magistrate Judge Hanly A. Ingram in which Judge Ingram recommends that the Defendant be sentenced to 28 days for a violation of the conditions of his supervised release with credit for time served. The Court ordered that any objection to the Report and Recommendation must be filed by 12:00 p.m., November 16, 2010.

No party has objected to the Report and Recommendation. Further, the Court finds the analysis and conclusions in the Report and Recommendation to be sound. Accordingly, the Court hereby ORDERS that the Report and Recommendation (DE 45) is ADOPTED as the opinion of the Court.

Dated this November 16, 2010.



**Signed By:**
*Karen K. Caldwell*
**United States District Judge**